AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana ▾

| | |
|---|---|
| Teresa Buchanan <br><br> *Plaintiff(s)* <br> v. <br><br> F. King Alexander, Damon Andrew, A.G. Monaco, and Gaston Reinoso <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-00041-SDD-EWD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        F. King Alexander
        President
        Louisiana State University
        3810 W. Lakeshore Drive, Room 107
        Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Robert Corn-Revere
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue, NW, Suite 800
        Washington, DC 20006

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: March 08, 2016

*Nicole L. Toups*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00041-SDD-EWD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __F. King Alexander__
was received by me on *(date)* __3/8/16__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Thomas V. Skinner__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__LSU General Counsel__ on *(date)* __3/9/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/9/16__

_____
Server's signature

__Kirk B Evans__
Printed name and title

__11845 Alamo Dr, Central, LA 70818__
Server's address

Additional information regarding attempted service, etc:

Case 3:16-cv-00041-SDD-EWD   Document 13   03/10/16   Page 3 of 8

Case 3:16-cv-00041-SDD-EWD   Document 11   03/08/16   Page 1 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana ▼

Teresa Buchanan

*Plaintiff(s)*

v.

F. King Alexander, Damon Andrew,
A.G. Monaco, and Gaston Reinoso

*Defendant(s)*

Civil Action No. 3:16-cv-00041-SDD-EWD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Dr. Damon Andrew
> Dean, College of Human Sciences and Education
> Louisiana State University
> 221 Peabody Hall
> Baton Rouge, Louisiana 70803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Corn-Revere
> DAVIS WRIGHT TREMAINE LLP
> 1919 Pennsylvania Avenue, NW, Suite 800
> Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: **March 08, 2016**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00041-SDD-EWD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DAMON ANDREW__
was received by me on *(date)* __3/8/16__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __THOMAS V. SKINNER__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__LSU 3/9 General Counsel__ on *(date)* __3/9/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/9/16__

_____
Server's signature

__Kirk B. Evans__
Printed name and title

__11845 Alamo Dr, Central, LA 70818__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana ▼

| | |
|---|---|
| Teresa Buchanan <br><br> *Plaintiff(s)* <br> v. <br> F. King Alexander, Damon Andrew, A.G. Monaco, and Gaston Reinoso <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-00041-SDD-EWD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> A.G. Monaco
> Associate Vice President, Office of Human Resource Management
> Louisiana State University
> 110 Thomas Boyd Hall
> Baton Rouge, Louisiana  70803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Corn-Revere
> DAVIS WRIGHT TREMAINE LLP
> 1919 Pennsylvania Avenue, NW, Suite 800
> Washington, DC  20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: **March 08, 2016**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00041-SDD-EWD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **A.G. MONACO**
was received by me on *(date)* **3/8/2016**.

☒ I personally served the summons on the individual at *(place)* **304 THOMAS BOYD HALL**
    on *(date)* **3/9/16** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **3/9/16**

_____
Server's signature

**Kirk B. Evans**
Printed name and title

**11845 ALAMO DR, Central, LA 70818**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| Teresa Buchanan<br><br>*Plaintiff(s)*<br>v.<br>F. King Alexander, Damon Andrew,<br>A.G. Monaco, and Gaston Reinoso<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-00041-SDD-EWD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Gaston Reinoso
    Director of of Human Resource Management and
     Executive Director of Equal Employment Opportunities
    Louisiana State University
    110 Thomas Boyd Hall
    Baton Rouge, Louisiana  70803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert Corn-Revere
    DAVIS WRIGHT TREMAINE LLP
    1919 Pennsylvania Avenue, NW, Suite 800
    Washington, DC  20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date:  **March 08, 2016**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00041-SDD-EWD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __GASTON REINOSO__
was received by me on *(date)* __3/8/16__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __THOMAS V. SKINNER__, who is
designated by law to accept service of process on behalf of *(name of organization)* __LSU__
__General Counsel__ on *(date)* __3/9/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/9/16__

*Server's signature*

__Kirk B Evans__
*Printed name and title*

__11845 Alamo Dr, Central, LA 70818__
*Server's address*

Additional information regarding attempted service, etc: