# PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

## Document Filed Under Seal